mary judgment motion. The "[d]enial of a motion for summary judgment does not present an appealable issue." *Bolivar Insulation Co. v. Bella Pointe Development, L.L.C.,* 166 S.W.3d 610, 614 (Mo.App.S.D. 2005). "[A]lmost without exception, it has been held that an order denying a motion for summary judgment is not appealable, on the ground that such an order is merely interlocutory and not final for purposes of appeal." *Wilson v. Hungate,* 434 S.W.2d 580 (1968) (internal quotation and citation omitted) (holding that an order overruling a motion for summary judgment was not a final appealable judgment and, therefore, the appeal was dismissed).

We hold that when Appellant filed the motion to enforce the settlement by way of a summary judgment motion and the motion was denied by the trial court, it was incumbent upon Appellant to produce evidence in some manner at an evidentiary hearing of any purported agreement.[5] Appellant's point is denied.

The judgment is affirmed.

Don E. Burrell, P.J.—Concurs

Gary W. Lynch, J.—Concurs

---

**5.** Although Appellant claims that a denied motion to enforce a settlement which is presented in a summary judgment motion is reviewable, the rationale for refusing to review the ruling is clearly evident in this case. A cursory review of the summary judgment motion and the responses show that the facts are not "undisputed," as claimed by Appellant. In fact, the record is replete with letters from Respondent that the case has not settled and will not be settled absent a specific release. The summary judgment motion does not even contend that the requested specific release was ever tendered. Furthermore, Appellant relies upon factual allegations set forth in exhibits to his motion regarding a settlement which are contradicted by an affidavit from

**Derrick W. FORTE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78185**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 22, 2016

Susan Hogan, Kansas City, MO, for Appellant.

Christine Lesicko, Jefferson City, MO, for Respondent.

Before Division Three: James Edward Welsh, P.J., Thomas H. Newton, J., and Joseph M. Ellis, Sr. J.[1]

**ORDER**

Per Curiam:

Derrick Forte appeals the circuit court's judgment following an evidentiary hearing

Respondent. We do not know why the trial court denied the summary judgment motion but it could have been for many reasons, including the parties' differing interpretations of the material facts and the legal conclusions. We cannot convict a trial court of error on an issue that may not have been decided by the trial court. We do not know if it was denied for factual disputes or because Appellant could not win as a matter of law.

**1.** Judge Ellis retired as an active member of the court on March 1, 2016, after oral argument in this case. He has been assigned by the Chief Justice to participate in this decision as a Senior Judge.

denying his Rule 24.035 motion for post-conviction relief. We affirm. Rule 84.16(b).

Jennifer Erin MOORE, Respondent,

v.

Bryan Andrew MOORE, Appellant.

WD 78641

Missouri Court of Appeals,
Western District.

OPINION FILED: March 22, 2016